UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIK & MATT, Inc., a California Corporation; and Does 1-10,<br><br>    Defendant. | **Case No**. 4:21-CV-05818-SBA<br><br>ORDER TO EXTEND DATE FOR FILING DOCUMENTS TO REOPEN THE ACTION |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Documents to Reopen the Action shall be extended up to and including to March 7, 2022.

**IT IS SO ORDERED.**

Dated: 3/1/2022        _/s/ Saundra B. Armstrong_ RS
                **RICHARD SEEBOR FOR SAUNDRA BROWN ARMSTRONG**
                United States District Judge